**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:  PETER EMANUEL KVASSAY, | No.    19-60012 |
| Debtor, | BAP No. 18-1148 |
| ------------------------------ | |
| PETER EMANUEL KVASSAY, | MEMORANDUM[*] |
| Appellant, | |
| v. | |
| ROBERT V. KVASSAY, individually and as Trustee of the Kvassay Family Trust dated February 26, 1993, | |
| Appellee. | |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Taylor, Faris, and Kurtz, Bankruptcy Judges, Presiding

Submitted April 15, 2020[**]
Pasadena, California

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Before:  THOMAS, Chief Judge, and FERNANDEZ and W. FLETCHER, Circuit Judges.

Peter Emanuel Kvassay appeals the bankruptcy appellate panel's ("BAP") decision affirming the bankruptcy court's grant of summary judgment against him in his adversary proceeding against Robert V. Kvassay.  We affirm for the reasons set forth in the BAP's excellent memorandum disposition,[1] which we adopt.

**AFFIRMED**.

---

[1] *Kvassay v. Kvassay (In re Kvassay)*, No. CC-18-1148-TaFKu, 2019 WL 545673 (B.A.P. 9th Cir. Feb. 11, 2019).